IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD J. MILLER )<br>Defendant. ) | Criminal No. 05- 40065<br><br>VIO: Title 18, United States Code,<br>Section 13; 625 ILCS 5/6-303 |

**FILED**
JUN 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT I

On or about April 19, 2005, in the Central District of Illinois, the defendant,

**RICHARD J. MILLER**

did drive a motor vehicle on a public highway upon the Rock Island Arsenal, a special maritime and territorial jurisdiction of the United States, while his drivers license was suspended, in violation of Illinois Compiled Statutes, Chapter 625, Section 5/6-303 in violation of Title 18, United States Code, Section 13.

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:   /S/ Mary L. Fuhr
MARY L. FUHR
SPECIAL ASSISTANT U.S. ATTORNEY
Rock Island Arsenal
Rock Island, IL 61299-5000
Telephone: 309/782-8443

1